**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   AVIC International USA, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   CATIC USA, Inc.

3. **Debtor's federal Employer Identification Number (EIN)**

   9 5 – 4 1 1 0 8 2 0

4. **Debtor's address**

   **Principal place of business**

   21 Rancho Camino Drive
   Number        Street

   Suite 101

   Pomona, CA 91766
   City            State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City            State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City            State      ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    AVIC International USA, Inc.                                    Case number (if known)_____
         Name

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5 2 3 9 2 0 __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

                District _____ When _____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____    Relationship _____

                District _____    When _____
                                                      MM / DD / YYYY

                Case number, if known _____

| Debtor | AVIC International USA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number          Street

_____

_____
City                                              State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | AVIC International USA, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/02/2020
             MM / DD / YYYY

X _____          Zhang Xuming
Signature of authorized representative of debtor          Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

X _____          Date   10/02/2020
Signature of attorney for debtor                     MM / DD / YYYY

John A. Moe, II (Bar No. 066893)
Printed name

DENTONS US LLP
Firm name

601 South Figueroa Street, Suite 2500
Number       Street

Los Angeles                                CA        90017-5704
City                                      State      ZIP Code

(213) 623-9300                            john.moe@dentons.com
Contact phone                             Email address

066893                                    CA
Bar number                                State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>John A. Moe, II (Bar No. 066893)<br>john.moe@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel.: (213) 623-9300 / Fax: (213) 623-9924 | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>AVIC International USA, Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>## ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
|---|---|

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  N/A_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on  Sept. 30, 2020__ .

   a.  Total assets                                                     $ 3,852,397.29_____

   b.  Total debts (including debts listed in 2.c., below)     $ 101,780,002.45_____

   c.  Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

   d.  Number of shares of preferred stock _____

   e.  Number of shares of common stock  10,000_____

   Comments, if any:

3. Brief description of the Debtor's business: Making/managing investments in commercial real estate, hotels, infrastructructure.

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

   AVIC International Holding Corporation

*December 2015*                                                                      **Official Form 201A**

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF
AVIC INTERNATIONAL USA, INC., f/k/a CATIC USA, INC.**

The board of directors (the "*Board*") of **AVIC International USA, Inc., f/k/a CATIC USA, Inc.** (the "*Company*"), hereby adopt the following unanimous written consent:

**A.    <u>Chapter 11 Case</u>:**

WHEREAS, the Board has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company; and

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company, including the recommendation of the Chief Executive Officer Xuming Zhang, a/k/a Sherman Zhang, to file the Chapter 11 case of the Company, and the Company's professionals and advisors as to the terms of the proposed restructuring to be implemented during the course of a Chapter 11 case of the Company.

NOW, THEREFORE, BE IT RESOLVED:  That in the judgment of the Board, it is necessary, advisable and in the best interests of this Company, having considered the interests of creditors and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***");

BE IT FURTHER RESOLVED, that the Chief Executive Officer is authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case;

BE IT FURTHER RESOLVED, that the Company be, and it hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as it, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

115424990\V-1

**B.**   <u>**Retention of Advisors**</u>:

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that is necessary, advisable and in the best interests of the Company, having considered the interests of creditors and other interested parties, to employ the law firm of Dentons US, LLP as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Dentons US, LLP;

NOW, THEREFORE,

BE IT RESOLVED, that the Company is authorized to engage Dentons US LLP as general bankruptcy counsel for the Company in connection with the Chapter 11 case, subject to Bankruptcy Court approval;

BE IT RESOLVED, the Company be, and it hereby is, authorized and directed to employ additional professionals as the Company, in its reasonable discretion deems necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions; the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional; and

BE IT RESOLVED, that Company is authorized and empowered to engage and retain all assistance by legal counsel, accountants, investment banking advisors, financial advisors, restructuring advisors, and other professionals, subject to Bankruptcy Court approval, and to perform any and all further acts and deeds that the Company deems necessary, proper and/or advisable, in furtherance thereof with a view to the successful prosecution of the Company's Chapter 11 case.

This action by written consent made as of August 27, 2020, shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall have the same force and effect as a unanimous vote of the Directors.

115424990\V-1

This unanimous written consent may be executed in counterparts, which shall constitute one and the same instrument.

_____
Liu Jun, Chairman

Zhu Li

_____
Jin Shaohua

_____
Li Bin

_____
Zhang Xuming

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John A. Moe, II (Bar No. 066893) john.moe@dentons.com DENTONS US LLP 601 South Figueroa Street, Suite 2500 Los Angeles, CA 90017-5704 Tel.: (213) 623-9300 / Fax: (213) 623-9924 | |

☒ *Attorney for:* AVIC International USA, Inc.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: AVIC International USA, Inc.<br><br>Debtor(s). | CASE NO.: ADVERSARY NO.: CHAPTER: 11 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Plaintiff(s), | |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _Zhang Xuming_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2. a.   ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   AVIC International Holding Corporation

   [For additional names, attach an addendum to this form.]

   b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 10/02/2020          By: _____
                              Signature of Debtor, or attorney for Debtor

                          Name: Zhang Xuming
                              Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                         Page 2              **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles, CA          , California

_____
Signature of Debtor 1

Date:  10/02/2020

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                     Page 1                              F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name __AVIC International USA, Inc.__

United States Bankruptcy Court for the:  __Central__ _____ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Soaring Wind LLC c/o Lewis T. LeClair McKool Smith, PC 300 Crescent Court, #1500 Dallas, TX 75201 | Lewis T. LeClair (214) 978-4984 lleclair@mckoolsmith.com | Judgment | Disputed | | | 62,585,000.00 |
| 2 | ICBC 388 E. Valley Blvd., Suite 118 Alhambra, CA 91801 | Yue Yin 626/457-2263 | Guarantor of loan | | | | 30,426,747.54 |
| 3 | Tang Energy c/o Lewis T. LeClair McKool Smith, PC 300 Crescent Court, #1500 Dallas, TX 75201 | Lewis T. LeClair (214) 978-4984 lleclair@mckoolsmith.com | Judgment | Disputed | | | 8,492,528.66 |
| 4 | Connolly Gallagher LLP 1201 North Market, 20th Flr Wilmington, DE 19801 | 302/757-3300 | Professional Services | | | | 2,726.25 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |

American LegalNet, Inc.
www.FormsWorkFlow.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AVIC International USA, Inc.                                Case number (if known)_____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | | | | | | |

97001982\V-1

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name  AVIC International USA, Inc.

United States Bankruptcy Court for the: _____ Central _____ District of __CA__
                                                                                                        (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

                                                                                    Current value of debtor's
                                                                                    interest

2. **Cash on hand - To be determined**                                              $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. See Attachment 3.1 | _____ | _____ | $ _____ |
   | 3.2. _____ | _____ | _____ | $ _____ |
   | 3.3. _____ | _____ | _____ | $ _____ |
   | 3.4. _____ | _____ | _____ | $ _____ |

4. **Other cash equivalents** (*Identify all*)

   | 4.1. _____ | $ _____ |
   |---|---|
   | 4.2. _____ | $ _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 262,302.34

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit



American LegalNet, Inc.
www.FormsWorkFlow.com

| | | |
|---|---|---|
| 7.1. | PRBC6AB (Landlord) is Deposit Holder | $ 49,059.90 |
| 7.2. | Utility Security Deposit, Southern California Edison is Deposit Holder | $ 400.00 |
| 7.3. | Frontier | $ 400.00 |
| 7.4. | AT&T | $ 300.00 |
| 7.5. | | $ |
| 7.6. | | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    **AVIC International USA, Inc.**
                    Name

Case number *(if known)* _____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid rent for first two years of 5 year lease effective 10/31/18 - Landlord is the Holder    $    174,285.30

8.2. Prepayment deposit - (Debtor ascertaining name of deposit holder)    $    12,898.00

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $    237,343.20

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:    0.00    –    0.00    =......➔    $    0.00
                face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:    834,027.05    –    834,027.05    =......➔    $    0.00
                face amount                        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    0.00

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. See Attachment 15.1    _____ %    $    3,333,438.00

15.2. _____    _____ %    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $    3,333,438.00

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 2

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | AVIC International USA, Inc. | Case number *(if known)* _____ |
|---|---|---|
|  | Name |  |

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | | $ _____ |
| **20.  Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | | $ _____ |
| **21.  Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | | $ _____ |
| **22.  Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | | $ _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $ _____

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** <br> _____ | $ _____ | | $ _____ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | | $ _____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | | $ _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | | $ _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | $ _____ | | $ _____ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AVIC International USA, Inc.
_____    Case number (if known) _____
           Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture and Fixtures | $ 19,313.75 | Book value | $ 19,313.75 |
| 40. **Office fixtures** | $ _____ | | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 N/A | $ _____ | _____ | $ _____ |
| 42.2 | $ _____ | _____ | $ _____ |
| 42.3 | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 19,313.75

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 4

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    AVIC International USA, Inc.                                          Case number (if known) _____
          _____
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.
☒  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2019 Mercedes-Benz S560V; VIN: WDDUG8DB3KA436951 | $ _____ | _____ | $ _____ 0.00 |
| 47.2  2020 Mercedes-Benz GLS-CLAS; VIN: 4JGFF5KE8LA131248 | $ _____ | _____ | $ _____ 0.00 |
| 47.3  2020 Honda Odyssey; VIN: 5FNBL6H91LB028108 | $ _____ | _____ | $ _____ 0.00 |
| 47.4  _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  _____ | $ _____ | | $ _____ |
| 48.2  _____ | $ _____ | | $ _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1  _____ | $ _____ | | $ _____ |
| 49.2  _____ | $ _____ | | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                                    $ _____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☒  No
     ☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒  No
     ☐  Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor ___AVIC International USA, Inc._____   Case number (if known) _____
                Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse,<br>apartment or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 21 Rancho Camino Dr., Suite 101, Pomona, CA 91766 | Lease | $ _____ | $ _____ | $ 0.00 |
| 55.2 _____ | _____ | $ _____ | $ _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | $ _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | $ _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | $ _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | $ _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**



American LegalNet, Inc.<br>www.FormsWorkFlow.com

Debtor    AVIC International USA, Inc. _____    Case number (if known) _____
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                                **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____ − _____ = → $ _____
                   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____
_____   Tax year _____   $ _____
_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____                  $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Zhang Xuming v. E. Patrick Jenevine III _____        $ _____

Nature of claim    Illegal recording _____

Amount requested    $ ___ TBD ___

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                  $ _____

Nature of claim _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____                  $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                  $ _____
_____                  $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90         $ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Reliant Immediate Care Medical Group, Inc.                    Case number (if known) _____
         Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $  262,302.34 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $  237,343.20 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ _____ | |
| 83. **Investments.** Copy line 17, Part 4. | $  3,333,438.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ _____ | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $  19,313.75 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ _____ | |
| 88. **Real property.** Copy line 56, Part 9 ................................➔ | | $ _____ |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ _____ | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ _____ | |
| 91. **Total.** Add lines 80 through 90 for each column ...................91a. | $  3,852,397.29 | + 91b. $ _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ...................................................................   $  3,852,397.29

American LegalNet, Inc.
www.FormsWorkFlow.com

*In re AVIC International USA, Inc.*

### Schedule A/B

### Attachment 3.1 - Checking, Savings, Money Market or Financial Brokerage Accounts as of August 31, 2020

| Institution | Type of Account | Last 4 Digits of Account Number | Current Value of Debtor's Interest |
|---|---|---|---|
| ICBC | Checking | 7664 | $134,152.18 |
| ICBC | Money Market | 8515 | $16,303.58 |
| ICBC | Money Market | 9867 | $3,747.27 |
| East West Bank | Checking | 3233 | $9,143.81 |
| Cathay Bank | Checking | 6639 | $63,813.08 |
| Nanyang Commercial Bank | Checking | 016-5 | $150.00 |
| Preferred Bank | Money Market | 3865 | $34,992.42 |
| **TOTAL** | | | **$262,302.34** |

*In re AVIC International USA, Inc.*

## Schedule A/B:  Attachment 15.1 - Investments

| Entity | % of Ownership | Valuation method | Current value of Debtors's interest |
|---|---|---|---|
| CALAC | 89.1% | Book value | ($17,476,562.00) |
| Seas & Lakes | 40% | Book value | $60,000.00 |
| Catic (Canada) | 100% | Book value | $100,000.00 |
| Soaring Wind | 50% | Book value | $350,000.00 |
| TriVenture | 50% | Book value | $100,000.00 |
| SBM Road | | Book value | $20,200,000.00 |
| **TOTAL** | | | **$3,333,438.00** |

**Fill in this information to identify your case:**

Debtor 1    AVIC International USA, Inc.
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name          Last Name

United States Bankruptcy Court for the: Central District of California

Case number _____
(If known)

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1**

_____
Creditor's Name

_____
Number        Street

_____

_____
City          State   ZIP Code

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

_____
Creditor's Name

_____
Number        Street

_____

_____
City          State   ZIP Code

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $_____

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | AVIC International USA, Inc. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** 

Priority Creditor's Name

_____
Number        Street

_____

_____
City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** 

Priority Creditor's Name

_____
Number        Street

_____

_____
City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    AVIC International USA, Inc.
First Name    Middle Name    Last Name

Case number *(if known)*_____

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

Total claim    Priority amount    Nonpriority amount

---

☐

Priority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

---

☐

Priority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

---

☐

Priority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

---

| Debtor 1 | AVIC International USA, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**  Tang Energy c/o McKool Smith, PC
Nonpriority Creditor's Name

300 Crescent Court, Suite 1500
Number    Street

Dallas                              TX    75201
City                               State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    09/17/2018

$  8,492,528.66

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Judgment

---

**4.2**  ICBC
Nonpriority Creditor's Name

388 E. Valley Blvd., Suite 118
Number    Street

Alhambra                          CA    91801
City                               State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    12/23/2016

$  30,426,747.54

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Guarantor of Loan

---

**4.3**  Connolly Gallagher, LLP
Nonpriority Creditor's Name

1201 North Market, 29th Floor
Number    Street

Wilmington                        DE    19801
City                               State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    05/12/2020

$  2,726.25

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   Professional Services

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 3 of 6

Debtor 1    AVIC International USA, Inc.

First Name    Middle Name    Last Name

Case number *(if known)*_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.4**

**Soaring Wind LLC, c/o McKool Smith, PC**
Nonpriority Creditor's Name

**300 Crescent Court, Suite 1500**
Number          Street

**Dallas**                          **TX      75201**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  09/17/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Judgment

$ 62,585,000.00

---

**Nonpriority Creditor's Name**

Number          Street

City                          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$_____

---

**Nonpriority Creditor's Name**

Number          Street

City                          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$_____

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 4 of 6

Debtor 1    AVIC International USA, Inc.

First Name    Middle Name    Last Name

Case number (if known) _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or
2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the
additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____

Name

_____

Number    Street

_____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____

Name

_____

Number    Street

_____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____

Name

_____

Number    Street

_____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____

Name

_____

Number    Street

_____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____

Name

_____

Number    Street

_____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____

Name

_____

Number    Street

_____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____

Name

_____

Number    Street

_____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1    AVIC International USA, Inc.
_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

Total claim

**Total claims from Part 1**

6a. **Domestic support obligations**

6a. $_____

6b. **Taxes and certain other debts you owe the government**

6b. $_____

6c. **Claims for death or personal injury while you were intoxicated**

6c. $_____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.

6d. + $_____

6e. **Total.** Add lines 6a through 6d.

6e. $_____

Total claim

**Total claims from Part 2**

6f. **Student loans**

6f. $_____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**

6g. $_____

6h. **Debts to pension or profit-sharing plans, and other similar debts**

6h. $_____

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.

6i. + $      101,780,002.45

6j. **Total.** Add lines 6f through 6i.

6j. $      101,780,002.45

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | AVIC International USA, Inc. |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse If filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** House of Imports | Automobile leases for 2019 Mercedes-Benz S560V (Deal# 287897) |
| Name | |
| 6862 Autocenter Drive | |
| Number    Street | |
| Buena Park    CA    90621 | |
| City    State    ZIP Code | |
| **2.2** House of Imports | 2020 Mercedes-Benz GLS-CLAS (Deal# 293429) |
| Name | |
| 6862 Autocenter Drive | |
| Number    Street | |
| Buena Park    CA    90621 | |
| City    State    ZIP Code | |
| **2.3** Weir Canyon Honda | 2020 Honda Odyssey |
| Name | |
| 8323 E. La Palma Avenue | |
| Number    Street | |
| Anaheim    CA    92807 | |
| City    State    ZIP Code | |
| **2.4** PRBC6AB Limited | Office Lease |
| Name | |
| 9680 Flair Drive | |
| Number    Street | |
| El Monte    CA    91731 | |
| City    State    ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |

Fill in this information to identify the case:

Debtor name __AVIC International USA, Inc.__

United States Bankruptcy Court for the: _____ __Central__ _____ District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | CALAC investment | 3709 Convoy Street, Suite 300 <br> Street <br> San Diego   CA   92111 <br> City   State   ZIP Code | ICBC | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.2 | | Street <br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | | Street <br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | | Street <br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name   AVIC International USA, Inc.

United States Bankruptcy Court for the: Central _____ District of CA
                                                            (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* .................................................................................... $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ................................................................................... $ _____ 0.00

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..................................................................................... $ __3,852,397.29

| Part 2: | Summary of Liabilities |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........................... $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..................... + $ 101,780,002.45

4. **Total liabilities**........................................................................................................
   Lines 2 + 3a + 3b
   $ 101,780,002.45

---

**Fill in this information to identify the case and this filing:**

Debtor Name  AVIC International USA, Inc.

United States Bankruptcy Court for the:  Central _____ District of _CA_____
_____(State)

Case number (*If known*): _____

---

Official Form 202                                                                                  12/15

# Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _10/02/2020_                    **✗** _____
                    MM / DD / YYYY                            Signature of individual signing on behalf of debtor

                                         Zhang Xuming
                                         Printed name

                                         Chief Executive Officer
                                         Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John A. Moe, II SBN 066893<br>DENTONS US LP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>john.moe@dentons.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>AVIC International USA, Inc. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of <u>4</u> sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: <u>October 2, 2020</u>

Debtor's signature
Zhang Xuming

Date: _____

Joint Debtor's signature (if applicable)

Date: <u>October 2, 2020</u>

Attorney's signature (if applicable)
John A. Moe, II

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014

F 1007-1.MAILING.LIST.VERIFICATION

AT and T
208 S Akard Street
Dallas, TX 75202


Bin Li
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Blue Shield
2048 S. Hacienda Blvd
Hacienda Heights, CA 91745


California Attorney General's Office
Attn Bankruptcy Notices
455 Golden Gate Ave Suite 11000
San Francisco, CA 94102


Chen and Chan CPA
1103 San Gabriel Blvd Suite E and F
San Gabriel, CA 91776


Connolly Gallagher LLP
1201 North Market 20th Flr
Wilmington, DE 19801


Delta
2048 S. Hacienda Blvd
Hacienda Heights, CA 91745


Farmers Insurance
1087 N Park Avenue
Pomona, CA 91768

Franchise Tax Board
300 South Spring St No 5704
Los Angeles, CA 90013


Frontier
1101 Red Ventures Drive
Fort Mill, SC 29707


Honda
8323 E La Palma Ave
Anaheim, CA 92807


ICBC
388 E. Valley Blvd., Suite 118
Alhambra, CA 91801


Internal Revenue Services
300 North Los Angeles Street
Los Angeles, CA 90012


Jun Liu
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Ke Han
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Mercedes Benz
6862 Auto Center Drive
Buena Park, CA 90621

Paul Ming Ma
17800 Castelon Suite 670
City of Industry, CA 91748


Paychex
16404 N Black Canyon Suite 140
Phoenix, AZ 85053


PRBC6AB Limited Partnership
9680 Flair Drive
El Monte, CA 91731


Reed Smith
355 S Grand Suite 2900
Los Angeles, CA 90071


Rui Wang
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Shaohua Jin
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Soaring Wind LLC
c/o McKool Smith PC
300 Crescent Court No 1500
Dallas, TX 75201


Southern California Edison
2044 Walnut Grove Avenue
Rosemead, CA 91770

Sujin Liu
21 Rancho Camino Dr Suite 101
Pomona, CA 91766

Tang Energy
c/o McKool Smith, PC
300 Crescent Court No 1500
Dallas, TX 75201

Verity Insurance Service
248 E. Rowland St
Covina, CA 91723

Zhang Xuming
21 Rancho Camino Dr Suite 101
Pomona, CA 91766

**Fill in this information to identify the case:**

Debtor name ___AVIC International USA, Inc.___

United States Bankruptcy Court for the: ___Central___ District of ___CA___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1.  **Gross revenue from business**

    ☐ None

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|---|
    | From the beginning of the fiscal year to filing date: | From _01/01/2020_ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other ___From Investments___ | $ _2,178,845.19_ |
    | For prior year: | From _1/1/2019_ to _12/31/2019_<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☒ Other ___From Investments___ | $ _19,877,481.55_ |
    | For the year before that: | From _1/1/2018_ to _12/31/2018_<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☒ Other ___From Investments___ | $ _30,273,914.13_ |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None

    | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|---|
    | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
    | For prior year: | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $ _____ |
    | For the year before that: | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $ _____ |

Debtor    AVIC International USA, Inc. _____    Case number (if known) _____
            Name

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See Attachment 3.1<br>Creditor's name<br><br>Street<br><br>City          State      ZIP Code | _____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City          State      ZIP Code | _____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attachment 4.1<br>Insider's name<br><br>Street<br><br>City          State      ZIP Code<br><br>**Relationship to debtor** | _____ | $ _____ | _____<br>_____<br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br>City          State      ZIP Code<br><br>**Relationship to debtor** | _____ | $ _____ | _____<br>_____<br>_____ |

---

Debtor    AVIC International USA, Inc.                                    Case number (if known) _____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $ _____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | $ _____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ _____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX–_____ | | |

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See Attachment 7.1** | | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| Case number | | | ☐ Concluded |
| | | City          State          ZIP Code | |
| Case title | | Court or agency's name and address | ☐ Pending |
| 7.2. | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State          ZIP Code | |

Debtor    AVIC International USA, Inc.                                      Case number (if known) _____
_____
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ _____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| City          State          ZIP Code | Case number | Street |
| | | City          State          ZIP Code |
| | Date of order or assignment | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. | | | $ _____ |
| Recipient's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. | | | $ _____ |
| Recipient's name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ _____ |

Debtor    AVIC International USA, Inc.                          Case number (if known) _____
          Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Dentons US LLP** | | 8/28/2020 | $ 150,000.00 |

**Address**

601 South Figueroa St., Suite 2500
Street

Los Angeles        CA        90017
City                State        ZIP Code

**Email or website address**

www.dentons.com

**Who made the payment, if not debtor?**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | | $ |

**Address**

Street

City        State        ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor    AVIC International USA, Inc.                          Case number (if known) _____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City         State         ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $ _____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City         State         ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 1623 West 2nd Street | | From  6/2008 | To  10/31/18 |
| | Street | | | |
| | Pomona                    CA         91766 | | | |
| | City                    State         ZIP Code | | | |
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City                    State         ZIP Code | | | |

Debtor    AVIC International USA, Inc.
          Name                                              Case number *(if known)*

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

_   diagnosing or treating injury, deformity, or disease, or

_   providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.1. _____
      Facility name

      Street

      City      State     ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*
☐ Electronically
☐ Paper

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.2. _____
      Facility name

      Street

      City      State     ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*
☐ Electronically
☐ Paper

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
      Does the debtor have a privacy policy about that information?
        ☐ No
        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
    Yes. Does the debtor serve as plan administrator?
      ☐ No. Go to Part 10.
      ☐ Yes. Fill in below:
         **Name of plan**                  **Employer identification number of the plan**

_____    EIN: _____-_____

      Has the plan been terminated?
        ☐ No
        ☐ Yes

Debtor ___AVIC International USA, Inc._____      Case number (if known) _____
              Name

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | _____ | $ _____ |
| | Name<br>Street<br>City    State    ZIP Code | | | | |
| 18.2. | | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | | $ _____ |
| | Name<br>Street<br>City    State    ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    AVIC International USA, Inc.

Name

Case number *(if known)*

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 11.1. | | | | $ |
| | Name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 9

Debtor    AVIC International USA, Inc.                                   Case number (if known) _____
                Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City    State    ZIP Code | _____ City    State    ZIP Code | | |

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **See Attachment 25.1** Name | _____ | EIN: _____-_____ |
| _____ Street | _____ | **Dates business existed** |
| _____ City    State    ZIP Code | | From _____ To _____ |
| 25.2. _____ Name | _____ | EIN: _____-_____ |
| _____ Street | _____ | **Dates business existed** |
| _____ City    State    ZIP Code | | From _____ To _____ |
| 25.3. _____ Name | _____ | EIN: _____-_____ |
| _____ Street | _____ | **Dates business existed** |
| _____ City    State    ZIP Code | | From _____ To _____ |

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page 10

Debtor    AVIC International USA, Inc.                                    Case number (if known) _____
            Name

## 26. Books, records, and financial statements

26a List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.    Chen & Chan, CPA _____    From   2017    To   Present
            Name

            Street
            1103 San Gabriel Boulevard, Suite E&F
            San Gabriel                    CA            91776
            City                            State        ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.    _____    From _____    To _____
            Name

            Street
            _____
                                        CA
            City                        State        ZIP Code

26b List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.    Chen & Chan, CPA _____    From   2017    To   Present
            Name

            Street
            1103 San Gabriel Boulevard, Suite E&F
            San Gabriel                    CA            91776
            City                            State        ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2.    _____    From _____    To _____
            Name

            Street
            _____
            City                        State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    Chen & Chan, CPA _____
            Name

            Street
            1103 San Gabriel Boulevard, Suite E&F
            San Gabriel                    CA            91776
            City                            State        ZIP Code

Debtor     AVIC International USA, Inc. _____     Case number (if known) _____
           Name
           **Name and address**                            If any books of account and records are
                                                           unavailable, explain why

26c.2.   Sujin Liu, Chief Financial Officer               _____
         Name
         Avic International USA, Inc.                      _____
         Street
         21 Rancho Camino Drive, Suite 101                _____
         Pomona                    CA        91766
         City                      State     ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement
     within 2 years before filing this case.

☐ None
   **Name and address**

26d.1.   Need _____
         Name
         _____
         Street
         _____
         _____
         City                      State     ZIP Code

         **Name and address**

26d.2.   _____
         Name
         _____
         Street
         _____
         _____

26d.3.   _____
         Name
         _____
         Street
         _____
         _____
         City                      State     ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.  **SEE ATTACHMENT #27.**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of inventory records**

27.1.   _____
        Name
        _____
        Street
        _____
        City                      State     ZIP Code

Debtor    AVIC International USA, Inc.    Case number (if known) _____
_____
Name

Name of the person who supervised the taking of the inventory    Date of inventory    The dollar amount and basis (cost, market, or other basis) of each inventory

_____    _____    $ _____

Name and address of the person who has possession of inventory records

27.2.  _____
Name

_____
Street

_____

_____
City                          State              ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| See Attachment 28 | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Fang Yang | 21 Rancho Camino Drive, Suite 101, Pomona, CA 91766 | Vice-President | From 1/1/15 To 12/19 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. See Attachment 4.1 | | | |
| Name | | | |
| Street | | | |
| City            State        ZIP Code | | | |
| Relationship to debtor | | | |

Debtor    AVIC International USA, Inc. _____    Case number (*if known*) _____
_____
Name

**Name and address of recipient**

30.2.
Name _____    _____

Street _____    _____

_____    _____

City _____ State _____ ZIP Code _____    _____

**Relationship to debtor**

_____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

**Name of the parent corporation**

_____

**Employer Identification number of the parent corporation**

EIN: _____-_____

---

32 **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

**Name of the pension fund**

_____

**Employer Identification number of the pension fund**

EIN: _____-_____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/02/2020
MM / DD / YYYY

✖    _____    Printed name    Zhang Xuming
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**
☐ No
☒ Yes

AVIC International USA, Inc. - SOFA - Attachment 3.1

| BANK | DATE | A/C | CATEGORY | CHECK NO. | AMOUNT | PAYEE | REMARKS |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 06/30/20 | 641046639 | CHECK | 3648 | 1,753.82 | MING YANG | PAYROLL |
| CATHAY BANK | 06/30/20 | 641046639 | PAYMENT | | 4,935.36 | PAYCHEX | PAYROLL TPS TAX |
| CATHAY BANK | 06/30/20 | 641046639 | CHECK | 3646 | 2,372.93 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 07/01/20 | 641046639 | CHECK | 3645 | 2,316.67 | KE HAN | PAYROLL |
| CATHAY BANK | 07/01/20 | 641046639 | CHECK | 3647 | 1,719.18 | RUI WANG | PAYROLL |
| CATHAY BANK | 07/01/20 | 641046639 | PAYMENT | | 282.34 | VERIZON | CELL PHONE CHARGE |
| CATHAY BANK | 07/01/20 | 641046639 | CHECK | 3649 | 4,843.71 | XUMING ZHANG | PAYROLL |
| EAST WEST | 07/01/20 | 8003033233 | CHECK | 1612 | 1,221.12 | KE HAN | BUSINESS REIMBURSEMENT FAMILY MEDICAL |
| EAST WEST | 07/01/20 | 8003033233 | CHECK | 1611 | 433.23 | XUMING ZHANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 07/06/20 | 641046639 | CHECK | 8936 | 2,085.90 | SUJIN LIU | OFFICE REIMBURSEMENT  CAR GAS AND REPAIR |
| EAST WEST | 07/07/20 | 8003033233 | CHECK | 1597 | 108.14 | PAYCHEX | PAYCHEX SERVICE FEE |
| ICBC | 07/07/20 | 6000137664 | WIRE | | 50,000.00 | CATIC | INTERNAL TRANSFER TO CATHAY |
| CATHAY BANK | 07/09/20 | 641046639 | PAYMENT | | 143.69 | FRONTIER | NETWORK UTILITY |
| CATHAY BANK | 07/10/20 | 641046639 | CHECK | 8937 | 2,531.66 | SUJIN LIU | BUSINESS REIMBURSEMENT FAMILY MEDICAL  WORKING MEAL |
| CATHAY BANK | 07/13/20 | 641046639 | CHECK | 8938 | 772.69 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY |
| CATHAY BANK | 07/14/20 | 641046639 | CHECK | 8939 | 5,605.92 | SUJIN LIU | BUSINESS REIMBURSEMENT FAMILY MEDICAL/  TUITION FOR PERSONAL SKILL |
| CATHAY BANK | 07/15/20 | 641046639 | PAYMENT | | 4,922.85 | PAYCHEX | PAYROLL TPS TAX |
| CATHAY BANK | 07/15/20 | 641046639 | CHECK | 3651 | 2,372.94 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 8941 | 752.36 | BANK OF AMERICA | OFFICE REIMBURSEMENT KE HAN |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 3650 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 3653 | 1,753.83 | MING YANG | PAYROLL |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 8942 | 998.37 | MING YANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 3654 | 4,856.18 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 8940 | 549.77 | XUMING ZHANG | BUSINESS REIMBURSEMENT OFFICE SUPPLY |
| CATHAY BANK | 07/17/20 | 641046639 | CHECK | 3652 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 07/17/20 | 641046639 | CHECK | 8945 | 1,000.00 | SUJIN LIU | FESTIVAL ALLOWANCE 2020 |

| Bank | Date | Account | Type | Check | Amount | Payee | Description |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 07/20/20 | 641046639 | CHECK | 8950 | 8,930.23 | SUJIN LIU | BUSINESS REIMBURSEMENT CAR GAS AND REPAIR AND FAMILY MEDICAL |
| CATHAY BANK | 07/20/20 | 641046639 | CHECK | 8947 | 1,026.35 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY AND WORKING MEAL |
| CATHAY BANK | 07/20/20 | 641046639 | CHECK | 8948 | 724.53 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY |
| CATHAY BANK | 07/20/20 | 641046639 | CHECK | 8946 | 1,000.00 | XUMING ZHANG | FESTIVAL ALLOWANCE 2020 |
| CATHAY BANK | 07/21/20 | 641046639 | PAYMENT | | 73.74 | FEDEX | FEDEX MAIL FEE |
| CATHAY BANK | 07/23/20 | 641046639 | PAYMENT | | 248.19 | AT&T | CELL PHONE CHARGE |
| CATHAY BANK | 07/23/20 | 641046639 | CHECK | 8944 | 1,000.00 | KE HAN | FESTIVAL ALLOWANCE 2020 |
| CATHAY BANK | 07/27/20 | 641046639 | CHECK | 8949 | 1,503.75 | KE HAN | BUSINESS REIMBURSEMENT CAR GAS AND REPAIR |
| EAST WEST | 07/27/20 | 8003033233 | CHECK | 1629 | 4,230.00 | SUJIN LIU | BUSINESS REIMBURSEMENT AND FAMILY MEDICAL / TUITION FOR PERSONAL SKILL |
| CATHAY BANK | 07/28/20 | 641046639 | PAYMENT | | 748.49 | HONDA | CAR LEASE |
| ICBC | 07/28/20 | 6000137664 | WIRE | | 50,000.00 | CATIC | INTERNAL TRANSFER TO CATHAY |
| CATHAY BANK | 07/30/20 | 641046639 | PAYMENT | | 278.71 | VERIZON | CELL PHONE CHARGE |
| CATHAY BANK | 07/31/20 | 641046639 | PAYMENT | | 4,432.00 | PAYCHEX | PAYROLL TPS TAX |
| CATHAY BANK | 07/31/20 | 641046639 | CHECK | 3656 | 2,372.93 | SUJIN LIU | PAYROLL |
| EAST WEST | 07/31/20 | 8003033233 | CHECK | 1626 | 824.16 | SUJIN LIU | BUSINESS REIMBURSEMENT WORKING MEAL |
| CATHAY BANK | 08/03/20 | 641046639 | PAYMENT | | 73.73 | FEDEX | FEDEX MAIL FEE |
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 3655 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 3658 | 1,753.83 | MING YANG | PAYROLL |
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 8943 | 725.00 | PRBC6AB | WATER FEE 2019.5-2020.7 |
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 3657 | 1,719.18 | RUI WANG | PAYROLL |
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 3659 | 5,101.64 | XUMING ZHANG | PAYROLL |
| EAST WEST | 08/03/20 | 8003033233 | CHECK | 1628 | 540.00 | PRIMEWAVE | ALARM SERVICE |
| EAST WEST | 08/05/20 | 8003033233 | CHECK | 1625 | 2,071.30 | BANK OF AMERICA | OFFICE REIMBURSEMENT KE HAN |
| EAST WEST | 08/05/20 | 8003033233 | CHECK | 1624 | 1,752.34 | KE HAN | BUSINESS REIMBURSEMENT CAR GAS AND REPAIR |
| ICBC | 08/07/20 | 6000137664 | WIRE | | 50,000.00 | CATIC | INTERNAL TRANSFER |
| CATHAY BANK | 08/10/20 | 641046639 | CHECK | 8951 | 2,297.84 | FARMERS INSURANCE | CAR INSURANCE |
| CATHAY BANK | 08/10/20 | 641046639 | CHECK | 8953 | 7,216.18 | SUJIN LIU | BUSINESS REIMBURSEMENT CAR GAS AND MAINTAIN AND FAMILY MEDICAL |
| EAST WEST | 08/12/20 | 8003033233 | CHECK | 1623 | 513.72 | SUJIN LIU | BUSINESS REIMBURSEMENT WORKING MEAL |

| Bank | Date | Account | Type | Check # | Amount | Payee | Description |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CATHAY BANK | 08/13/20 | 641046639 | CHECK | 8954 | 15,800.00 | REED SMITH LLP | LEGAL FEE FOR EMPLOYEE VISA AND WORK PERMIT |
| CATHAY BANK | 08/13/20 | 641046639 | CHECK | 8955 | 11,060.00 | REED SMITH LLP | LEGAL FEE FOR EMPLOYEE VISA AND WORK PERMIT |
| CATHAY BANK | 08/13/20 | 641046639 | CHECK | 8956 | 10,680.00 | REED SMITH LLP | LEGAL FEE FOR EMPLOYEE VISA AND WORK PERMIT |
| CATHAY BANK | 08/14/20 | 641046639 | PAYMENT | | 3,416.88 | PAYCHEX | PAYROLL TPS TAX |
| CATHAY BANK | 08/14/20 | 641046639 | CHECK | 3661 | 2,468.19 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 08/17/20 | 641046639 | CHECK | 8952 | 10,224.75 | DENTONS | DOCUMENTS PRINT FEE |
| CATHAY BANK | 08/17/20 | 641046639 | CHECK | 3660 | 2,316.66 | KE HAN | PAYROLL |
| CATHAY BANK | 08/17/20 | 641046639 | CHECK | 3663 | 5,269.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 08/18/20 | 641046639 | PAYMENT | | 144.53 | FRONTIER | NETWORK UTILITY |
| CATHAY BANK | 08/18/20 | 641046639 | CHECK | 3662 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 08/19/20 | 641046639 | PAYMENT | | 26.30 | FEDEX | FEDEX MAIL FEE |
| CATHAY BANK | 08/20/20 | 641046639 | CHECK | 8957 | 1,276.98 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY |
| CATHAY BANK | 08/24/20 | 641046639 | PAYMENT | | 267.68 | AT&T | CELL PHONE CHARGE |
| EAST WEST | 08/24/20 | 8003033233 | CHECK | 1621 | 926.17 | SUJIN LIU | BUSINESS REIMBURSEMENT WORKING MEAL |
| EAST WEST | 08/25/20 | 8003033233 | CHECK | 1622 | 311.29 | XUMING ZHANG | OFFICE REIMBURSEMENT |
| ICBC | 08/25/20 | 6000137664 | WIRE | | 50,000.00 | CATIC | INTERNAL TRANSFER TO CATHAY |
| CATHAY BANK | 08/26/20 | 641046639 | PAYMENT | | 748.49 | HONDA | CAR LEASE |
| CATHAY BANK | 08/26/20 | 641046639 | CHECK | 8960 | 1,036.21 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY WORKING MEAL |
| CATHAY BANK | 08/27/20 | 641046639 | CHECK | 8958 | 371.41 | XUMING ZHANG | BUSINESS REIMBURSEMENT |
| CATHAY BANK | 08/28/20 | 641046639 | CHECK | 8959 | 1,953.06 | KE HAN | BUSINESS REIMBURSEMENT OFFICE SUPPLY |
| CATHAY BANK | 08/31/20 | 641046639 | PAYMENT | | 3,245.65 | PAYCHEX | PAYROLL TPS TAX |
| CATHAY BANK | 08/31/20 | 641046639 | CHECK | 3665 | 2,553.77 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 08/31/20 | 641046639 | CHECK | 3667 | 5,269.51 | XUMING ZHANG | PAYROLL |
| EAST WEST | 08/31/20 | 8003033233 | CHECK | 1620 | 725.36 | SUJIN LIU | BUSINESS REIMBURSEMENT |
| CATHAY BANK | 09/01/20 | 641046639 | CHECK | 3664 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 09/01/20 | 641046639 | PAYMENT | | 295.83 | VERIZON | CELL PHONE CHARGE |
| CATHAY BANK | 09/02/20 | 641046639 | CHECK | 8961 | 2,085.63 | BANK OF AMERICA | OFFICE REIMBURSEMENT KE HAN |
| CATHAY BANK | 09/02/20 | 641046639 | PAYMENT | | 144.53 | FRONTIER | NETWORK UTILITY |
| CATHAY BANK | 09/03/20 | 641046639 | CHECK | 3666 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 09/03/20 | 641046639 | CHECK | 8962 | 521.36 | SUJIN LIU | OFFICE REIMBURSEMENT |

| Bank | Date | Account | Type | Check # | Amount | Payee | Description |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 09/08/20 | 641046639 | CHECK | 8964 | 7,110.68 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY WORKING MEAL/ TUITION FOR WORK SKILL |
| CATHAY BANK | 09/10/20 | 641046639 | PAYMENT | | 144.53 | FRONTIER | UTILITY |
| ICBC | 09/14/20 | 6000137664 | WIRE | | 50,000.00 | CATIC | INTERNAL TRANSFER TO CATHAY |
| CATHAY BANK | 09/10/20 | 641046639 | CHECK | 8963 | 524.48 | PAYCHEX | PAYCHEX SERVICE FEE |
| CATHAY BANK | 09/14/20 | 641046639 | CHECK | 8966 | 523.16 | BANK OF AMERICA | KE HAN OFFICE REIMBURSEMENT |
| CATHAY BANK | 09/14/20 | 641046639 | CHECK | 8967 | 1,892.63 | BANK OF AMERICA | KE HAN OFFICE REIMBURSEMENT |
| CATHAY BANK | 09/15/20 | 641046639 | PAYMENT | | 3,245.67 | PAYCHEX | PAYCHEX TPS TAX |
| CATHAY BANK | 09/15/20 | 641046639 | CHECK | 8965 | 653.67 | XUMING ZHANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 09/16/20 | 641046639 | CHECK | 3671 | 5,269.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 09/17/20 | 641046639 | PAYMENT | | 200.00 | FRONTIER | UTILITY FEE PREPAYMENT |
| CATHAY BANK | 09/17/20 | 641046639 | PAYMENT | | 150.00 | FRONTIER | UTILITY FEE PREPAYMENT |
| CATHAY BANK | 09/17/20 | 641046639 | CHECK | 3670 | 1,719.18 | RUI WANG | PAYROLL |
| CATHAY BANK | 09/17/20 | 641046639 | CHECK | 3669 | 2,553.77 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 09/18/20 | 641046639 | PAYMENT | | 560.58 | AT & T | UTILITY |
| CATHAY BANK | 09/18/20 | 641046639 | CHECK | 3668 | 2,316.67 | KE HAN | PAYROLL |
| CATHAY BANK | 09/23/20 | 641046639 | CHECK | 8969 | 1,661.21 | SUJIN LIU | OFFICE SUPPLY REIMBURSEMENT CAR GAS/ WORKING MEAL |
| CATHAY BANK | 09/23/20 | 641046639 | PAYMENT | | 23,203.19 | HONDA FINANCIAL | KE HAN CAR LEASE TOTAL* |
| CATHAY BANK | 09/28/20 | 641046639 | PAYMENT | | 400.00 | SC.EDISON | UTILITY FEE PREPAYMENT |
| CATHAY BANK | 09/28/20 | 641046639 | PAYMENT | | 748.49 | HONDA FINANCIAL | KE HAN CAR LEASE |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 8972 | 331.54 | XUMING ZHANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 8970 | 642.31 | BANK OF AMERICA | OFFICE REIMBURSEMENT SUJIN LIU |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 8975 | 658.72 | KE HAN | OFFICE REIMBURSEMENT |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 8974 | 712.36 | SUJIN LIU | OFFICE REIMBURSEMENT WORKING MEAL |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 3674 | 1,719.18 | RUI WANG | PAYROLL |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 3673 | 2,553.77 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 3675 | 5,269.52 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 09/29/20 | 641046639 | PAYMENT | | 300.00 | AT & T | CELL PHONE CHARGE PREPAYMENT |
| CATHAY BANK | 09/29/20 | 641046639 | PAYMENT | | 400.00 | FRONTIER | NETWORK UTILITY PREPAYMENT |
| ICBC | 09/30/20 | 6000137664 | WIRE | | 50,000.00 | CATIC | INTERNAL TRANSFER TO CATHAY |
| CATHAY BANK | 09/30/20 | 6000137664 | PAYMENT | | 3,245.65 | PAYCHEX | PAYCHEX TPS TAX |
| CATHAY BANK | 09/30/20 | 6000137664 | CHECK | 3672 | 2,316.68 | KE HAN | PAYROLL |

*This amount was inadvertently paid by AVIC to Honda.  AVIC is taking action to recover this amount from Honda.

AVIC International USA, Inc.: SOFA Attachment 4.1 - Payment to Insiders as of September 30, 2020

| BANK | DATE | A/C | CATEGORY | CHECK NO. | AMOUNT | PAYEE | REMARKS |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 10/01/19 | 641046639 | CHECK | 8835 | 3,400.00 | FANG YANG | RENT ALLOWANCE |
| CATHAY BANK | 10/01/19 | 641046639 | CHECK | 8837 | 3,400.00 | KE HAN | RENT ALLOWANCE |
| CATHAY BANK | 10/01/19 | 641046639 | CHECK | 8841 | 5,953.01 | MING YANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 10/01/19 | 641046639 | CHECK | 3558 | 2,375.14 | MING YANG | PAYROLL |
| CATHAY BANK | 10/01/19 | 641046639 | CHECK | 3555 | 2,339.14 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 10/01/19 | 641046639 | CHECK | 8843 | 1,834.89 | SUJIN LIU | OFFICE REIMBURSEMENT  WORKING MEAL GAS |
| CATHAY BANK | 10/01/19 | 641046639 | CHECK | 3559 | 4,788.08 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 10/02/19 | 641046639 | CHECK | 8842 | 2,764.27 | KE HAN | OFFICE REIMBURSEMENT |
| CATHAY BANK | 10/04/19 | 641046639 | CHECK | 3556 | 1,716.07 | RUI WANG | PAYROLL |
| CATHAY BANK | 10/04/19 | 641046639 | CHECK | 8840 | 9.36 | RUI WANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 10/08/19 | 641046639 | CHECK | 3557 | 2,612.96 | FANG YANG | PAYROLL |
| CATHAY BANK | 10/08/19 | 641046639 | CHECK | 3554 | 2,312.73 | KE HAN | PAYROLL |
| CATHAY BANK | 10/15/19 | 641046639 | CHECK | 3563 | 2,612.95 | KE HAN | PAYROLL |
| CATHAY BANK | 10/15/19 | 641046639 | CHECK | 3564 | 2,375.13 | MING YANG | PAYROLL |
| CATHAY BANK | 10/16/19 | 641C46639 | CHECK | 3562 | 1,716.07 | RUI WANG | PAYROLL |
| EAST WEST BAN | 10/16/19 | 8003033233 | CHECK | 1527 | 2,781.01 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 10/21/19 | 641046639 | CHECK | 8845 | 7,562.40 | SUJIN LIU | OFFICE REIMBURSEMENT PROJECT REPORT FEE PAID IN CNY |
| EAST WEST BAN | 10/21/19 | 8003033233 | CHECK | 1542 | 1,119.27 | XUMING ZHANG | OFFICE SUPPLY REIMBURSEMENT |
| CATHAY BANK | 10/21/19 | 641046639 | CHECK | 3565 | 4,838.39 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 10/22/19 | 641046639 | CHECK | 8844 | 4,567.01 | FANG YANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 10/22/19 | 641046639 | CHECK | 3560 | 2,312.72 | FANG YANG | PAYROLL |
| EAST WEST BAN | 10/30/19 | 8003033233 | CHECK | 1548 | 1,818.95 | KE HAN | OFFICE SUPPLY REIMBURSEMENT |
| CATHAY BANK | 10/31/19 | 641046639 | CHECK | 8848 | 3,400.00 | FANG YANG | RENT ALLOWANCE |
| CATHAY BANK | 10/31/19 | 641046639 | CHECK | 8847 | 1,076.05 | FANG YANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 10/31/19 | 641046639 | CHECK | 3568 | 1,716.08 | RUI WANG | PAYROLL |
| CATHAY BANK | 10/31/19 | 641046639 | CHECK | 8852 | 13,250.00 | SUJIN LIU | RENT ALLOWANCE 2019.10 AND 2019.4-6 |
| CATHAY BANK | 10/31/19 | 641046639 | CHECK | 3571 | 4,865.28 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 10/31/19 | 641046639 | CHECK | 8850 | 3,400.00 | XUMING ZHANG | RENT ALLOWANCE |

| Bank | Date | Account | Type | Check # | Amount | Payee | Description |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 11/04/19 | 641046639 | CHECK | 8851 | 3,400.00 | KE HAN | RENT ALLOWANCE |
| CATHAY BANK | 11/04/19 | 641046639 | CHECK | 8849 | 3,400.00 | MING YANG | RENT ALLOWANCE |
| CATHAY BANK | 11/04/19 | 641046639 | CHECK | 3582 | 2,375.13 | MING YANG | PAYROLL |
| EAST WEST BAN | 11/05/19 | 8003033233 | CHECK | 1550 | 920.74 | RUI WANG | OFFICE SUPPLY REIMBURSEMENT |
| CATHAY BANK | 11/06/19 | 641046639 | CHECK | 8853 | 12,325.00 | SUJIN LIU | RENT ALLOWANCE 2 MONTH AND OFFICE SUPPLY REIMBURSEMENT |
| CATHAY BANK | 11/08/19 | 641046639 | CHECK | 3566 | 2,312.73 | KE HAN | PAYROLL |
| CATHAY BANK | 11/08/19 | 641046639 | CHECK | 8854 | 14,317.39 | MING YANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 11/08/19 | 641046639 | CHECK | 3567 | 2,339.14 | SUJIN LIU | PAYROLL |
| EAST WEST BAN | 11/11/19 | 8003033233 | CHECK | 1551 | 4,835.36 | SUJIN LIU | OFFICE WORKING MEAL 2019.7-2019.8 |
| EAST WEST BAN | 11/15/19 | 8003033233 | CHECK | 1552 | 5,977.03 | FANG YANG | OFFICE SUPPLY CAR FIX REIMBURSEMENT |
| CATHAY BANK | 11/15/19 | 641046639 | CHECK | 3575 | 2,612.95 | FANG YANG | PAYROLL |
| CATHAY BANK | 11/15/19 | 641046639 | CHECK | 3576 | 2,375.13 | MING YANG | PAYROLL |
| CATHAY BANK | 11/15/19 | 641046639 | CHECK | 3574 | 1,716.08 | RUI WANG | PAYROLL |
| EAST WEST BAN | 11/15/19 | 8003033233 | CHECK | 1553 | 9,892.35 | SUJIN LIU | CAR REPAIR AND FIX MAINTAIN AND WORKING MEAL 2019.9-2019.10 |
| CATHAY BANK | 11/15/19 | 641046639 | CHECK | 3577 | 5,251.73 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 11/21/19 | 641046639 | CHECK | 3572 | 2,312.72 | KE HAN | PAYROLL |
| EAST WEST BAN | 11/21/19 | 8003033233 | CHECK | 1554 | 787.45 | XUMING ZHANG | OFFICE SUPPLY REIMBURSEMENT |
| EAST WEST BAN | 11/26/19 | 8003033233 | CHECK | 1556 | 3,916.64 | FANG YANG | OFFICE REIMBURSEMENT CAR FIX |
| EAST WEST BAN | 11/26/19 | 8003033233 | CHECK | 1557 | 18,108.60 | MING YANG | OFFICE SUPPLY / CAR FIX MAINTAIN/ BUSINESS GIFT REIMBURSEMENT |
| CATHAY BANK | 11/26/19 | 641046639 | CHECK | 8860 | 2,129.78 | SUJIN LIU | FAMILY MEDICAL CAR GAS OFFICE SUPPLY |
| CATHAY BANK | 11/26/19 | 641046639 | CHECK | 8857 | 3,400.00 | XUMING ZHANG | RENT ALLOWANCE |
| CATHAY BANK | 11/28/19 | 641046639 | CHECK | 8862 | 55.56 | RUI WANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 11/28/19 | 641046639 | CHECK | 8861 | 12,115.74 | SUJIN LIU | CPA EDUCATION TUTION FOR SUJIN LIU AND FAMILY MEDICAL |
| CATHAY BANK | 11/29/19 | 641046639 | CHECK | 3580 | 1,716.08 | RUI WANG | PAYROLL |
| EAST WEST BAN | 12/11/19 | 8003033233 | CHECK | 1560 | 385.30 | RUI WANG | UTILITY OFFICE SUPPLY REIMBURSEMENT |
| CATHAY BANK | 12/12/19 | 641046639 | CHECK | 3578 | 2,312.72 | KE HAN | PAYROLL |
| CATHAY BANK | 12/16/19 | 641046639 | CHECK | 8858 | 3,400.00 | KE HAN | RENT ALLOWANCE |
| CATHAY BANK | 12/16/19 | 641046639 | CHECK | 3584 | 2,312.73 | KE HAN | PAYROLL |
| CATHAY BANK | 12/16/19 | 641046639 | CHECK | 8864 | 15,115.74 | MING YANG | OFFICE SUPPLY REIMBURSEMENT |

| Bank | Date | Account | Type | Check # | Amount | Name | Description |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 12/16/19 | 641046639 | CHECK | 3586 | 1,716.07 | RUI WANG | PAYROLL |
| CATHAY BANK | 12/16/19 | 641046639 | CHECK | 8869 | 6,800.00 | SUJIN LIU | RENT ALLOWANCE 2 MONTH |
| CATHAY BANK | 12/16/19 | 641046639 | CHECK | 3591 | 2,339.14 | SUJIN LIU | PAYROLL |
| EAST WEST BAN | 12/16/19 | 8003033233 | CHECK | 1561 | 1,296.61 | XUMING ZHANG | OFFICE SUPPLY CAR FIX REIMBURSEMENT |
| CATHAY BANK | 12/16/19 | 641046639 | CHECK | 3589 | 5,251.74 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 12/16/19 | 641046639 | CHECK | 3583 | 5,251.73 | XUMING ZHANG | PAYROLL |
| EAST WEST BAN | 12/27/19 | 8003033233 | CHECK | 1565 | 3,400.00 | KE HAN | RENT ALLOWANCE |
| EAST WEST BAN | 12/27/19 | 8003033233 | CHECK | 1566 | 3,400.00 | SUJIN LIU | RENT ALLOWANCE |
| EAST WEST BAN | 12/27/19 | 8003033233 | CHECK | 1564 | 3,400.00 | XUMING ZHANG | RENT ALLOWANCE |
| EAST WEST BAN | 12/30/19 | 8003033233 | CHECK | 1570 | 13,005.09 | SUJIN LIU | WORKING MEAL 2019.11-2019.12 AUDIT AND FINANCIAL REPORT PAID IN CNY |
| CATHAY BANK | 01/03/20 | 641046639 | CHECK | 8868 | 6,800.00 | KE HAN | RENT ALLOWANCE 2 MONTH |
| CATHAY BANK | 01/03/20 | 641046639 | CHECK | 3590 | 2,312.73 | KE HAN | PAYROLL |
| CATHAY BANK | 01/03/20 | 641046639 | CHECK | 3592 | 1,716.07 | RUI WANG | PAYROLL |
| CATHAY BANK | 01/03/20 | 641046639 | CHECK | 8867 | 6,800.00 | XUMING ZHANG | RENT ALLOWANCE 2 MONTH |
| CATHAY BANK | 01/03/20 | 641046639 | CHECK | 3593 | 5,251.73 | XUMING ZHANG | PAYROLL |
| EAST WEST BAN | 01/05/20 | 8003033233 | CHECK | 1573 | 12,190.66 | SUJIN LIU | OFFICE SUPPLY/ WORKING MEAL REIMBURSEMENT/ CAR MAINTAIN /FAMILY MEDICAL |
| CATHAY BANK | 01/07/20 | 641046639 | CHECK | 8872 | 4,750.28 | MING YANG | OFFICE REIMBURSEMENT AND FAMILY MEDICAL |
| CATHAY BANK | 01/17/20 | 641046639 | CHECK | 8892 | 3,438.36 | MING YANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 01/17/20 | 641046639 | CHECK | 8874 | 6,525.36 | SUJIN LIU | OFFICE SUPPLY REIMBURSEMENT WORKING LUNCH AND FAMILY MEDICAL |
| CATHAY BANK | 01/17/20 | 641046639 | CHECK | 3595 | 2,343.77 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 01/21/20 | 641046639 | CHECK | 3596 | 1,719.18 | RUI WANG | PAYROLL |
| CATHAY BANK | 01/22/20 | 641046639 | CHECK | 3594 | 2,316.68 | RUI WANG | PAYROLL |
| CATHAY BANK | 01/23/20 | 641046639 | CHECK | 8875 | 3,370.96 | KE HAN | OFFICE REIMBURSEMENT |
| EAST WEST BAN | 01/27/20 | 8003033233 | CHECK | 1585 | 2,735.14 | SUJIN LIU | OFFICE SUPPLY REIMBURSEMENT PRINTER INK BOXES CAR GAS |
| CATHAY BANK | 01/27/20 | 641046639 | CHECK | 8877 | 8,219.26 | SUJIN LIU | OUTSOURCING REPORT PAID IN CNY |
| EAST WEST BAN | 02/03/20 | 8003033233 | CHECK | 1580 | 5,225.92 | FANG YANG | OFFICE SUPPLY CAR FIX REIMBURSEMENT FAMILY MEDICAL |
| CATHAY BANK | 02/03/20 | 641046639 | CHECK | 3600 | 1,719.19 | RUI WANG | PAYROLL |

| Bank | Date | Account | Type | Check | Amount | Name | Description |
|---|---|---|---|---|---|---|---|
| EAST WEST BAN | 02/03/20 | 8003033233 | CHECK | 1581 | 2,200.00 | SUJIN LIU | CAR INSURANCE |
| CATHAY BANK | 02/03/20 | 641046639 | CHECK | 8878 | 2,713.42 | SUJIN LIU | OFFICE REIMBURSEMENT WORKING MEAL |
| CATHAY BANK | 02/03/20 | 641046639 | CHECK | 3599 | 2,343.76 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 02/03/20 | 641046639 | CHECK | 3597 | 4,789.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 02/03/20 | 641046639 | CHECK | 3601 | 4,789.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 02/04/20 | 641046639 | CHECK | 3598 | 2,316.67 | KE HAN | PAYROLL |
| CATHAY BANK | 02/07/20 | 641046639 | CHECK | 3581 | 2,612.92 | FANG YANG | PAYROLL |
| CATHAY BANK | 02/12/20 | 641046639 | CHECK | 8883 | 4,318.47 | MING YANG | 2019 BONUS |
| EAST WEST BAN | 02/12/20 | 8003033233 | CHECK | 1577 | 6,145.00 | SUJIN LIU | COVID-19 MEDICAL SUPPLY MASK DONATION HIGH PRICE SPECIAL ORDER 1-1.5/CT |
| CATHAY BANK | 02/12/20 | 641046639 | CHECK | 8884 | 8,683.27 | SUJIN LIU | 2019 BONUS |
| CATHAY BANK | 02/13/20 | 641046639 | CHECK | 8885 | 4,840.35 | KE HAN | 2019 BONUS |
| CATHAY BANK | 02/14/20 | 641046639 | CHECK | 3603 | 2,343.76 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 02/18/20 | 641046639 | CHECK | 8889 | 2,709.98 | KE HAN | OFFICE REIMBURSEMENT |
| CATHAY BANK | 02/18/20 | 641046639 | CHECK | 3602 | 2,316.67 | KE HAN | PAYROLL |
| CATHAY BANK | 02/18/20 | 641046639 | CHECK | 3604 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 02/18/20 | 641046639 | CHECK | 3605 | 4,789.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 02/18/20 | 641046639 | CHECK | 8890 | 637.04 | XUMING ZHANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 02/20/20 | 641046639 | CHECK | 8886 | 3,438.38 | MING YANG | OFFICE REIMBURSEMENT CAR FIX FAMILY |
| CATHAY BANK | 02/20/20 | 641046639 | CHECK | 8891 | 6,954.32 | SUJIN LIU | MEDICAL WORKING MEAL |
| CATHAY BANK | 02/26/20 | 641046639 | CHECK | 8888 | 5,758.88 | SUJIN LIU | PAYROLL |
| EAST WEST BAN | 03/01/20 | 8003033233 | CHECK | 1578 | 4,312.87 | SUJIN LIU | OFFICE SUPPLY WORKING MEAL LUNCH 2020.1-2020.2 |
| CATHAY BANK | 03/03/20 | 641046639 | CHECK | 3606 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 03/03/20 | 641046639 | CHECK | 3608 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 03/03/20 | 641046639 | CHECK | 3607 | 2,343.77 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 03/03/20 | 641046639 | CHECK | 3609 | 4,789.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 03/05/20 | 641046639 | CHECK | 8900 | 10,200.00 | KE HAN | RENT ALLOWANCE 3 MONTH |
| CATHAY BANK | 03/05/20 | 641046639 | CHECK | 8901 | 10,200.00 | SUJIN LIU | RENT ALLOWANCE 3 MONTH |
| EAST WEST BAN | 03/05/20 | 8003033233 | CHECK | 1586 | 355.70 | XUMING ZHANG | OFFICE SUPPLY CAR FIX REIMBURSEMENT |
| CATHAY BANK | 03/05/20 | 641046639 | CHECK | 8899 | 10,200.00 | XUMING ZHANG | RENT ALLOWANCE 3 MONTH |

| Bank | Date | Account | Type | Check # | Amount | Name | Description |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 03/06/20 | 641046639 | CHECK | 8898 | 3,109.85 | SUJIN LIU | OFFICE REIMBURSEMENT WORKING MEAL 2020.3 |
| CATHAY BANK | 03/10/20 | 641046639 | CHECK | 8897 | 4,300.79 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 03/11/20 | 641046639 | CHECK | 8896 | 2,103.28 | KE HAN | OFFICE REIMBURSEMENT |
| EAST WEST BAN | 03/13/20 | 8003033233 | CHECK | 1594 | 13,107.21 | SUJIN LIU | COVID-19 MEDICAL SUPPLY MASK DONATION HIGH PRICE SPECIAL ORDER 1-1.5/CT |
| CATHAY BANK | 03/17/20 | 641046639 | CHECK | 3610 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 03/17/20 | 641046639 | CHECK | 3613 | 1,753.83 | MING YANG | PAYROLL |
| CATHAY BANK | 03/17/20 | 641046639 | CHECK | 3612 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 03/17/20 | 641046639 | CHECK | 3614 | 4,789.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 03/18/20 | 641046639 | CHECK | 3618 | 1,753.83 | MING YANG | PAYROLL |
| CATHAY BANK | 03/25/20 | 641046639 | CHECK | 8894 | 890.17 | SUJIN LIU | OFFICE REIMBURSEMENT |
| EAST WEST BAN | 03/26/20 | 8003033233 | CHECK | 1599 | 1,099.81 | XUMING ZHANG | OFFICE SUPPLY CAR FIX REIMBURSEMENT FAMILY MEDICAL |
| CATHAY BANK | 04/01/20 | 641046639 | CHECK | 3615 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 04/06/20 | 641046639 | CHECK | 3617 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 04/06/20 | 641046639 | CHECK | 8903 | 6,523.45 | SUJIN LIU | OFFICE REIMBURSEMENT OFFICE SUPPLY ACCOUNTING SOFTWARE/PROFESSIONAL TEXTBOOKS |
| CATHAY BANK | 04/06/20 | 641046639 | CHECK | 3616 | 2,343.77 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 04/06/20 | 641046639 | CHECK | 3619 | 4,789.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 04/14/20 | 641046639 | CHECK | 8906 | 3,105.26 | SUJIN LIU | COVID-19 MEDICAL SUPPLY MASK HIGH PRICE SPECIAL ORDER |
| CATHAY BANK | 04/15/20 | 641046639 | CHECK | 8904 | 1,779.13 | KE HAN | OFFICE REIMBURSEMENT |
| CATHAY BANK | 04/16/20 | 641046639 | CHECK | 3624 | 4,789.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 04/17/20 | 641046639 | CHECK | 3623 | 1,753.83 | MING YANG | PAYROLL |
| CATHAY BANK | 04/17/20 | 641046639 | CHECK | 3622 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 04/20/20 | 641046639 | CHECK | 3620 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 04/20/20 | 641046639 | CHECK | 8907 | 10,405.77 | SUJIN LIU | OFFICE REIMBURSEMENT /CAR FIX / INNER AUDIT PROFESSIONAL FEE PAID IN CNY |
| CATHAY BANK | 04/20/20 | 641046639 | CHECK | 8908 | 4,369.51 | SUJIN LIU | OFFICE WORKING MEAL REIMBURSEMENT AND OFFICE SUPPLY |

US_Active\115538690\V-1

| Bank | Date | Account | Type | Check No. | Amount | Payee | Description |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 05/01/20 | 641046639 | CHECK | 3625 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 05/01/20 | 641046639 | CHECK | 3627 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 05/01/20 | 641046639 | CHECK | 3626 | 2,343.78 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 05/01/20 | 641046639 | CHECK | 3629 | 4,789.52 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 05/04/20 | 641046639 | CHECK | 3628 | 1,753.84 | MING YANG | PAYROLL |
| CATHAY BANK | 05/15/20 | 641046639 | CHECK | 8917 | 3,003.99 | SUJIN LIU | OFFICE REIMBURSEMENT WORKING MEAL 2020.5 |
| CATHAY BANK | 05/18/20 | 641046639 | CHECK | 8914 | 2,535.95 | KE HAN | OFFICE REIMBURSEMENT |
| CATHAY BANK | 05/18/20 | 641046639 | CHECK | 3630 | 2,316.66 | KE HAN | PAYROLL |
| CATHAY BANK | 05/18/20 | 641046639 | CHECK | 8918 | 2,307.72 | KE HAN | OFFICE REIMBURSEMENT |
| CATHAY BANK | 05/18/20 | 641046639 | CHECK | 3633 | 1,753.82 | MING YANG | PAYROLL |
| CATHAY BANK | 05/18/20 | 641046639 | CHECK | 3634 | 4,789.50 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 05/18/20 | 641046639 | CHECK | 8913 | 2,261.88 | XUMING ZHANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 05/19/20 | 641046639 | CHECK | 8919 | 826.34 | SUJIN LIU | OFFICE REIMBURSEMENT |
| CATHAY BANK | 05/20/20 | 641046639 | CHECK | 3632 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 06/01/20 | 641046639 | CHECK | 3638 | 1,753.82 | MING YANG | PAYROLL |
| CATHAY BANK | 06/01/20 | 641046639 | CHECK | 3636 | 2,361.25 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 06/01/20 | 641046639 | CHECK | 8923 | 4,236.69 | SUJIN LIU | OFFICE REIMBURSEMENT / OFFICE SUPPLY WORKING MEAL /FAMILY MEDICAL |
| CATHAY BANK | 06/01/20 | 641046639 | CHECK | 3639 | 4,789.51 | XUMING ZHANG | PAYROLL |
| EAST WEST BAN | 06/02/20 | 8003033233 | CHECK | 1606 | 20,400.00 | XUMING ZHANG | RENT ALLOWANCE 2020.7-12 |
| EAST WEST BAN | 06/03/20 | 8003033233 | CHECK | 1604 | 9,276.22 | KE HAN | PANDEMIC AID 2 MONTH PAY |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 3635 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 8924 | 9,266.72 | KE HAN | PANDEMIC AID 1 MONTH PAY / NON-TAKE VACATION ALLOWANCE 1 MONTH |
| EAST WEST BAN | 06/03/20 | 8003033233 | CHECK | 1605 | 7,015.28 | MING YANG | PANDEMIC AID 2 MONTH PAY |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 8927 | 7,015.28 | MING YANG | PANDEMIC AID 1 MONTH PAY / NON-TAKE VACATION ALLOWANCE 1 MONTH |
| EAST WEST BAN | 06/03/20 | 8003033233 | CHECK | 1602 | 6,876.76 | RUI WANG | PANDEMIC AID 2 MONTH PAY |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 3637 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 8926 | 6,876.76 | RUI WANG | PANDEMIC AID 1 MONTH PAY / NON-TAKE VACATION ALLOWANCE 1 MONTH |
| EAST WEST BAN | 06/03/20 | 8003033233 | CHECK | 1601 | 9,445.00 | SUJIN LIU | PANDEMIC AID 2 MONTH PAY |

| Bank | Date | Account | Type | Check | Amount | Name | Description |
|---|---|---|---|---|---|---|---|
| EAST WEST BAN | 06/03/20 | 8003033233 | CHECK | 1607 | 20,400.00 | SUJIN LIU | RENT ALLOWANCE 2020.7-12 |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 8920 | 11,925.63 | SUJIN LIU | BUSINESS REIMBURSEMENT WORKING MEAL 2020.5-6/CAR REPAIR/OFFICE SUPPLY |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 8925 | 9,445.00 | SUJIN LIU | PANDEMIC AID 1 MONTH PAY / NON-TAKE VACATION ALLOWANCE 1 MONTH |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 8932 | 3,265.98 | SUJIN LIU | BUSINESS REIMBURSEMENT FAMILY MEDICAL COVID-19 MEDICAL SUPPLY |
| EAST WEST BAN | 06/03/20 | 8003033233 | CHECK | 1600 | 19,158.04 | XUMING ZHANG | PANDEMIC AID 2 MONTH PAY |
| EAST WEST BAN | 06/03/20 | 8003033233 | CHECK | 1608 | 20,400.00 | XUMING ZHANG | RENT ALLOWANCE 2020.7-12 |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 8922 | 218.46 | XUMING ZHANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 06/03/20 | 641046639 | CHECK | 8928 | 19,158.04 | XUMING ZHANG | PANDEMIC AID 1 MONTH PAY / NON-TAKE VACATION ALLOWANCE 1 MONTH |
| EAST WEST BAN | 06/11/20 | 8003033233 | CHECK | 1616 | 1,028.57 | SUJIN LIU | OFFICE REIMBURSEMENT |
| CATHAY BANK | 06/15/20 | 641046639 | CHECK | 8934 | 1,230.75 | SUJIN LIU | OFFICE REIMBURSEMENT CAR GAS AND MAINTAIN |
| CATHAY BANK | 06/15/20 | 641046639 | CHECK | 3641 | 2,372.94 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 06/15/20 | 641046639 | CHECK | 8933 | 739.54 | SUJIN LIU | OFFICE REIMBURSEMENT  WORKING MEAL |
| CATHAY BANK | 06/16/20 | 641046639 | CHECK | 3640 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 06/16/20 | 641046639 | CHECK | 3643 | 1,753.83 | MING YANG | PAYROLL |
| CATHAY BANK | 06/16/20 | 641046639 | CHECK | 3644 | 4,789.52 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 06/18/20 | 641046639 | CHECK | 8935 | 1,132.81 | XUMING ZHANG | OFFICE REIMBURSEMENT  CAR GAS AND REPAIR |
| CATHAY BANK | 06/23/20 | 641046639 | CHECK | 3642 | 1,719.18 | RUI WANG | PAYROLL |
| EAST WEST BAN | 06/23/20 | 8003033233 | CHECK | 1614 | 651.32 | SUJIN LIU | OFFICE REIMBURSEMENT SUPPLY |
| CATHAY BANK | 06/30/20 | 641046639 | CHECK | 3648 | 1,753.82 | MING YANG | PAYROLL |
| CATHAY BANK | 06/30/20 | 641046639 | CHECK | 3646 | 2,372.93 | SUJIN LIU | PAYROLL |
| EAST WEST BAN | 07/01/20 | 8003033233 | CHECK | 1612 | 1,221.12 | KE HAN | BUSINESS REIMBURSEMENT FAMILY MEDICAL |
| CATHAY BANK | 07/01/20 | 641046639 | CHECK | 3645 | 2,316.67 | KE HAN | PAYROLL |
| CATHAY BANK | 07/01/20 | 641046639 | CHECK | 3647 | 1,719.18 | RUI WANG | PAYROLL |
| EAST WEST BAN | 07/01/20 | 8003033233 | CHECK | 1611 | 433.23 | XUMING ZHANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 07/01/20 | 641046639 | CHECK | 3649 | 4,843.71 | XUMING ZHANG | PAYROLL |

| Bank | Date | Account | Type | Check | Amount | Payee | Description |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 07/06/20 | 641046639 | CHECK | 8936 | 2,085.90 | SUJIN LIU | OFFICE REIMBURSEMENT CAR GAS AND REPAIR MAINTAIN FAMILY MEDICAL |
| CATHAY BANK | 07/10/20 | 641046639 | CHECK | 8937 | 2,531.66 | SUJIN LIU | BUSINESS REIMBURSEMENT FAMILY MEDICAL WORKING MEAL 2020.7 |
| CATHAY BANK | 07/13/20 | 641046639 | CHECK | 8938 | 772.69 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY PRINTER INK |
| CATHAY BANK | 07/14/20 | 641046639 | CHECK | 8939 | 5,605.92 | SUJIN LIU | BUSINESS REIMBURSEMENT FAMILY MEDICAL/ TUITION FOR PERSONAL SKILL |
| CATHAY BANK | 07/15/20 | 641046639 | CHECK | 3651 | 2,372.94 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 3650 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 3653 | 1,753.83 | MING YANG | PAYROLL |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 8942 | 998.37 | MING YANG | OFFICE REIMBURSEMENT |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 3654 | 4,856.18 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 07/16/20 | 641046639 | CHECK | 8940 | 549.77 | XUMING ZHANG | BUSINESS REIMBURSEMENT OFFICE SUPPLY |
| CATHAY BANK | 07/17/20 | 641046639 | CHECK | 3652 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 07/17/20 | 641046639 | CHECK | 8945 | 1,000.00 | SUJIN LIU | FESTIVAL ALLOWANCE 2020 |
| CATHAY BANK | 07/20/20 | 641046639 | CHECK | 8950 | 8,930.23 | SUJIN LIU | BUSINESS REIMBURSEMENT CAR GAS AND REPAIR AND FAMILY MEDICAL |
| CATHAY BANK | 07/20/20 | 641046639 | CHECK | 8947 | 1,026.35 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY AND WORKING MEAL FEDEX MAIL |
| CATHAY BANK | 07/20/20 | 641046639 | CHECK | 8948 | 724.53 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY |
| CATHAY BANK | 07/20/20 | 641046639 | CHECK | 8946 | 1,000.00 | XUMING ZHANG | FESTIVAL ALLOWANCE 2020 |
| CATHAY BANK | 07/23/20 | 641046639 | CHECK | 8944 | 1,000.00 | KE HAN | FESTIVAL ALLOWANCE 2020 |
| CATHAY BANK | 07/27/20 | 641046639 | CHECK | 8949 | 1,503.75 | KE HAN | BUSINESS REIMBURSEMENT CAR GAS AND REPAIR |
| EAST WEST BAN | 07/27/20 | 8003033233 | CHECK | 1629 | 4,230.00 | SUJIN LIU | BUSINESS REIMBURSEMENT AND FAMILY MEDICAL / TUITION FOR PERSONAL SKILL |
| EAST WEST BAN | 07/31/20 | 8003033233 | CHECK | 1626 | 824.16 | SUJIN LIU | BUSINESS REIMBURSEMENT WORKING MEAL |
| CATHAY BANK | 07/31/20 | 641046639 | CHECK | 3656 | 2,372.93 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 3655 | 2,316.68 | KE HAN | PAYROLL |

| Bank | Date | Account | Type | Check # | Amount | Name | Description |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 3658 | 1,753.83 | MING YANG | PAYROLL |
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 3657 | 1,719.18 | RUI WANG | PAYROLL |
| CATHAY BANK | 08/03/20 | 641046639 | CHECK | 3659 | 5,101.64 | XUMING ZHANG | PAYROLL |
| EAST WEST BAN | 08/05/20 | 8003033233 | CHECK | 1624 | 1,752.34 | SUJIN LIU | BUSINESS REIMBURSEMENT CAR GAS AND REPAIR |
| CATHAY BANK | 08/10/20 | 641046639 | CHECK | 8953 | 7,216.18 | SUJIN LIU | BUSINESS REIMBURSEMENT CAR GAS AND MAINTAIN AND FAMILY MEDICAL |
| EAST WEST BAN | 08/12/20 | 8003033233 | CHECK | 1623 | 513.72 | SUJIN LIU | BUSINESS REIMBURSEMENT WORKING MEAL 2020.8 |
| CATHAY BANK | 08/14/20 | 641046639 | CHECK | 3661 | 2,468.19 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 08/17/20 | 641046639 | CHECK | 3660 | 2,316.66 | KE HAN | PAYROLL |
| CATHAY BANK | 08/17/20 | 641046639 | CHECK | 3663 | 5,269.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 08/18/20 | 641046639 | CHECK | 3662 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 08/20/20 | 641046639 | CHECK | 8957 | 1,276.98 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY BUSINESS REIMBURSEMENT WORKING MEAL 2020.8 |
| EAST WEST BAN | 08/24/20 | 8003033233 | CHECK | 1621 | 926.17 | SUJIN LIU | OFFICE REIMBURSEMENT |
| EAST WEST BAN | 08/25/20 | 8003033233 | CHECK | 1622 | 311.29 | XUMING ZHANG | BUSINESS REIMBURSEMENT OFFICE SUPPLY WORKING MEAL 2020.9 |
| CATHAY BANK | 08/26/20 | 641046639 | CHECK | 8960 | 1,036.21 | SUJIN LIU | BUSINESS REIMBURSEMENT |
| CATHAY BANK | 08/27/20 | 641046639 | CHECK | 8958 | 371.41 | XUMING ZHANG | BUSINESS REIMBURSEMENT |
| CATHAY BANK | 08/28/20 | 641046639 | CHECK | 8959 | 1,953.06 | KE HAN | BUSINESS REIMBURSEMENT OFFICE SUPPLY |
| EAST WEST BAN | 08/31/20 | 8003033233 | CHECK | 1620 | 725.36 | SUJIN LIU | BUSINESS REIMBURSEMENT |
| CATHAY BANK | 08/31/20 | 641046639 | CHECK | 3665 | 2,553.77 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 08/31/20 | 641046639 | CHECK | 3667 | 5,269.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 09/01/20 | 641046639 | CHECK | 3664 | 2,316.68 | KE HAN | PAYROLL |
| CATHAY BANK | 09/03/20 | 641046639 | CHECK | 3666 | 1,719.19 | RUI WANG | PAYROLL |
| CATHAY BANK | 09/03/20 | 641046639 | CHECK | 8962 | 521.36 | SUJIN LIU | OFFICE REIMBURSEMENT WORKING MEAL 2020.9 |
| CATHAY BANK | 09/08/20 | 641046639 | CHECK | 8964 | 7,110.68 | SUJIN LIU | BUSINESS REIMBURSEMENT OFFICE SUPPLY WORKING MEAL/ TUITION FOR WORK SKILL |
| CATHAY BANK | 09/15/20 | 641046639 | CHECK | 8965 | 653.67 | XUMING ZHANG | OFFICE REIMBURSEMENT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CATHAY BANK | 09/16/20 | 641046639 | CHECK | 3671 | 5,269.51 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 09/17/20 | 641046639 | CHECK | 3670 | 1,719.18 | RUI WANG | PAYROLL |
| CATHAY BANK | 09/17/20 | 641046639 | CHECK | 3669 | 2,553.77 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 09/18/20 | 641046639 | CHECK | 3668 | 2,316.67 | KE HAN | PAYROLL |
| | | | | | | | OFFICE SUPPLY REIMBURSEMENT CAR GAS/ WORKING MEAL |
| CATHAY BANK | 09/23/20 | 641046639 | CHECK | 8969 | 1,661.21 | SUJIN LIU | OFFICE REIMBURSEMENT |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 8975 | 658.72 | KE HAN | PAYROLL |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 3674 | 1,719.18 | RUI WANG | OFFICE REIMBURSEMENT WORKING MEAL 2020.9 |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 8974 | 712.36 | SUJIN LIU | PAYROLL |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 3673 | 2,553.77 | SUJIN LIU | OFFICE REIMBURSEMENT |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 8972 | 331.54 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 09/28/20 | 641046639 | CHECK | 3675 | 5,269.52 | XUMING ZHANG | PAYROLL |
| CATHAY BANK | 09/30/20 | 6000137664 | CHECK | 3672 | 2,316.68 | KE HAN | PAYROLL |

*In re AVIC International USA, Inc.*

## STATEMENT OF FINANCIAL AFFAIRS

### Attachment 7.1 - Legal Actions as of September 30, 2020

| Case Title | Case No. | Court | Status |
|---|---|---|---|
| Tang Energy Group and Soaring Wind v. Avic | 01-14-0001-4151 | International Arbitration Tribunal | Arbitration award |
| Soaring Wind Energy and Tang Energy Group | 3:15-cv-4033-K | USDC - Northern District of Texas | Confirmation of Arbitration award |
| Tang Energy Group and Soaring Wind Energy v. Avic | 18-11192 | 5th Circuit Court of Appeals | Appeal |
| AVIC v. Soaring Wing Energy and Tang Energy Group | Nos. 20-39 and 20-40 | US Supreme Court | Writ of Certiorari |
| Sherman Xuming Zhang v. E. Patrick Jenevine III | BC608879 | California Superior Court of Los Angeles County | Pending |

*In re AVIC International USA, Inc.*

**Statement of Financial Affairs**

**Attachment 25.1 - Other businesses in which Debtors has or has had an interest**

| Business Name/Address | Nature of business | EIN | Dates of existence |
|---|---|---|---|
| CALAC | Real Estate Investment | | 1992 - Present |
| Seas & Lakes | Trade | | 1998 - 2005 |
| Catic (Canada) | Trade | | 2009 - 2010 |
| Soaring Wind | Green Energy | | 2008 - Present |
| TriVenture | Trade | | 2008 - 2009 |
| SBM Road | Road Construction | | 2019 - Present |

*In re AVIC International USA, Inc.*

**Statement of Financial Affairs**

**Attachment 28 - Officers and Directors**

| Name | Address | Position and Nature of Interest | % of Interest, if any |
|------|---------|--------------------------------|-----------------------|
| Jun Liu | 21 Rancho Camino Drive, Suite 101 Pomona, CA 91766 | Chairman & Director | |
| Zhang Xuming | Same as above | CEO & Director | |
| Sujin Liu | Same as above | Chief Financial Officer | |
| Rui Wang | Same as above | Secretary | |
| Li Zhu | Same as above | Director | |
| Shaohua Jin | Same as above | Director | |
| Bin Li | Same as above | Director | |