AT and T
208 S Akard Street
Dallas, TX 75202


Bin Li
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Blue Shield
2048 S. Hacienda Blvd
Hacienda Heights, CA 91745


California Attorney General's Office
Attn Bankruptcy Notices
455 Golden Gate Ave Suite 11000
San Francisco, CA 94102


Chen and Chan CPA
1103 San Gabriel Blvd Suite E and F
San Gabriel, CA 91776


Connolly Gallagher LLP
1201 North Market 20th Flr
Wilmington, DE 19801


Delta
2048 S. Hacienda Blvd
Hacienda Heights, CA 91745


Farmers Insurance
1087 N Park Avenue
Pomona, CA 91768

Franchise Tax Board
300 South Spring St No 5704
Los Angeles, CA 90013


Frontier
1101 Red Ventures Drive
Fort Mill, SC 29707


Honda
8323 E La Palma Ave
Anaheim, CA 92807


ICBC
388 E. Valley Blvd., Suite 118
Alhambra, CA 91801


Internal Revenue Services
300 North Los Angeles Street
Los Angeles, CA 90012


Jun Liu
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Ke Han
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Mercedes Benz
6862 Auto Center Drive
Buena Park, CA 90621

Paul Ming Ma
17800 Castelon Suite 670
City of Industry, CA 91748


Paychex
16404 N Black Canyon Suite 140
Phoenix, AZ 85053


PRBC6AB Limited Partnership
9680 Flair Drive
El Monte, CA 91731


Reed Smith
355 S Grand Suite 2900
Los Angeles, CA 90071


Rui Wang
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Shaohua Jin
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Soaring Wind LLC
c/o McKool Smith PC
300 Crescent Court No 1500
Dallas, TX 75201


Southern California Edison
2044 Walnut Grove Avenue
Rosemead, CA 91770

Sujin Liu
21 Rancho Camino Dr Suite 101
Pomona, CA 91766


Tang Energy
c/o McKool Smith, PC
300 Crescent Court No 1500
Dallas, TX 75201


Verity Insurance Service
248 E. Rowland St
Covina, CA 91723


Zhang Xuming
21 Rancho Camino Dr Suite 101
Pomona, CA 91766