JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
Facsimile:    (213) 623-9924

Attorneys for Debtor and Debtor In
Possession, AVIC International USA Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AVIC INTERNATIONAL USA INC.,<br><br>    Debtor and Debtor In Possession. | Case No. 2:20-bk-19043-WB<br><br>Chapter 11 Case<br><br>[Voluntary Petition Filed: October 5, 2020]<br><br>**SIXTH CHAPTER 11 STATUS CONFERENCE REPORT[1]**<br><br>Hearing:<br>Date:    September 2, 2021<br>Time:    10:00 a.m.<br>Place:    Courtroom 1375<br>    255 East Temple Street<br>    Los Angeles, California 90012-3300<br><br>Honorable Julia W. Brand |

The Debtor, AVIC International USA, Inc. (the "Debtor"), files this *Sixth Chapter 11 Status Conference Report*, with respect to the Status Conference scheduled for 10:00 a.m. on Thursday, September 2, 2021, before the Honorable Julia W. Brand, United States Bankruptcy Judge in Courtroom 1375 of the United States Bankruptcy, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

**I.**

**THE CHAPTER 11 CASE**

The Debtor has provided detailed information on the Chapter 11 Case in its five previous Status Conference Reports [Docket Nos. 26, 49, 56, 64 and 69], including a review of documents filed at the inception of the case, the previous Status Conferences and three Motions.

---

[1] This Status Conference Report is being filed late because the undersigned counsel miscalendared the Status Conference for September 9, 2021.

1

118864520\V-1

Over the course of the approximate first 45 days of the case, the Debtor lodged with the Office of the U.S. Trustee, all documents required as part of the "standard" 7-Day Package. Those documents were sent to the U.S. Trustee on October 13, 2020, October 21, 2020, November 17, 2020, and November 25, 2020.

The Debtor has filed a *Monthly Operating Report* for each month on November 17, 2020 [Docket No. 24], on December 29, 2020 [Docket No. 34], on January 26, 2021 [Docket No. 38], on March 1, 2021 [Docket No. 44], on April 289, 2021 [Docket No. 54], on June 1, 2021 [Docket No. 60], on July 9, 2021 [Docket No. 68] and on August 11, 2021 [Docket No. 70]. The Debtor is completing the MOR for July and the Debtor intends to file the July MOR during the first full week of September.

The Debtor has timely paid fees due the Office of the U.S. Trustee for the first, second and third quarter of the case in January, 2021, April, 2021, and July, 2021.

The Debtor has attended and answered questions at two 341(a) Meetings of Creditors. A third date to answer questions has been postponed while the Debtor and Soaring Wind Energy, LLC, and Tang Energy Group, Ltd. (the "Judgment Creditors") attempt to resolve the issues between them, as set forth below.

## II.

## PROSPECTS FOR REORGANIZATION AND/OR RESOLUTION

*The Debtors and the Judgment Creditors are still seeking to reach a settlement.*

As previously reported, at the inception of the case, the Debtor made it clear to the Office of the United States Trustee that a key component of any successful reorganization was the critical importance of reaching an agreement on the amount of a mutually acceptable payment to the Judgment Creditors, who, together, hold a *final* Judgment valued at more than $80 million dollars against the Debtor. The Debtor's counsel made the same statement to counsel for the Judgment Creditors, Robbin L. Itkin of Sklar Kirsch, after she entered the case, discussing with her the fact that if the Debtor and Judgment Creditors could not reach an agreement on a mutually acceptable payment to the Judgment Creditors, the Debtor would promptly move to convert the case to one under Chapter 7. In addition, the Debtor's *Chapter 11 Status Conference Report*

2

118864520\V-1

[Docket No. 26, page 2] confirms that the Debtor's "Exit Strategy" was to reach an agreement with Judgment Creditors.

Commencing on January 15, 2021, the Debtor and the Judgment Creditors, through their respective multiple counsel, have engaged in intense, at times around the clock, negotiations on the resolution of issues between the Debtor and the Judgment Creditors. The parties have exchanged multiple drafts of settlement documents, and narrowed the issues that need to be resolved. The negotiations continued to August 17, 2021, *at which point the parties reached an impasse*. The Debtor then filed on August 24, 2021, a *Motion To Convert* [Docket No. 72].

Subsequent to filing the *Motion To Convert* (and initially rescheduling a hearing for September 30, 2021, in accordance with the Court's calendar), counsel for both the Debtor and the Judgment Creditors are seeking to reinvigorate the settlement discussions.

Having spent considerable time attempting to resolve their differences, the parties would like one additional opportunity to try to reach a settlement agreement. To that end, the hearing on the *Motion To Convert* has been rescheduled for November 4, 2021 with the consent of the Debtor and the Judgment Creditors, and no opposition from the Office of the U.S. Trustee.

## III.

## **CONCLUSION**

The parties respectfully request that the Court reschedule the Status Conference for the same date as the hearing on the *Motion to Convert*: 10:00 a.m. on Thursday, November 4, 2021.

Dated: September 1, 2021

DENTONS US LLP
John A. Moe, II

By: /s/*John A. Moe, II*
John A. Moe, II

Attorneys for Debtor and Debtor-In-Possession, AVIC International USA Inc.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

3

118864520\V-1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5709.

A true and correct copy of the foregoing document, entitled (*specify*): **_Sixth Chapter 11 Status Conference Report_**, will be or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below.

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) September 1, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Clifford P. Jung #181117<br>Jung & Yuen LLP<br>2667 East Colorado Boulevard, 2nd Floor<br>Pasadena, CA 91107 | Counsel for Industrial & Commercial Bank of China (ICBC)<br>T: 213 689 8880 / F: 213 689 8887<br>E: clifford@jyllp.com |
| Robbin L. Itkin #117105<br>Sklar Kirsh, LLP<br>1880 Century Park East, Suite 300<br>Los Angeles, CA 90067 | Counsel for Soaring Wind Energy LLC & Tang Energy Group, Ltd.<br>T: 310 845 6416 / F: 310 929 4469<br>E: ritkin@sklarkirsh.com |
| Dare Law #155714<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Counsel for United States Trustee (LA)<br>T: 213 894 4925 / F: 213 894 2603<br>E: dare.law@usdoj.gov; ustpregion16.la.ecf@usdoj.gov |

**2. SERVED BY UNITED STATES MAIL:** On (*date*) September 1, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012-3308 | T: 800 827 1040 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | T: 800 973 0424 |
| Franchise Tax Board<br>300 South Spring Street, Suite 5704<br>Los Angeles, CA 90013-1265 | T: 800 852 5711 |
| Professor Merritt B. Fox<br>845 Jerome L. Green Hall<br>Columbia School of Law<br>435 West 116th Street<br>New York, NY 10027-7297 | T: 212 854 9766<br>E: mfox1@law.columbia.edu |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:20-bk-19043-WB

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

1

118292167\V-1

| | |
|---|---|
| Connolly Gallagher LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801-1165 | T: 302 757 7300 |
| Oscar Estrada<br>L.A. County Treasurer & Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 | T: 213 974 7803<br>E: bankruptcy@ttc.lacounty.gov |
| Benedict Chen<br>Chan & Chen LLP<br>1103 South San Gabriel Boulevard, Suite F<br>San Gabriel, CA 91776-3153 | T: 626 572 8930 / F: 626 286 3470<br>E: benc@kcwus.com |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 1, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than the next business day after the document is filed.

| | |
|---|---|
| Honorable Julia W. Brand<br>U.S. Bankruptcy Court, Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 East Temple Street, Suite 1382 / Courtroom 1375<br>Los Angeles, CA 90012-3300 | ☐ To the Judge's Dropbox w/ NEF behind<br>☐ By Next Business Day [Trkg#_____]<br>☐ By Facsimile to _____<br>☐ Proposed Order via Lodged Order Upload page of the Court's ECF. |
| *Judge Brand has suspended compliance with LBR 5005-2(d) (Judge's copies) until further notice.* | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 1, 2021 | Glenda Spratt | /s/*Glenda Spratt* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:20-bk-19043-WB

*June 2012*                                                             **F 9013-3.1.PROOF.SERVICE**
2
118292167\V-1