JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
Facsimile:    (213) 623-9924

Attorneys for Debtor and Debtor In
Possession, AVIC International USA Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AVIC INTERNATIONAL USA INC.,<br><br>        Debtor and Debtor In Possession. | Case No. 2:20-bk-19043-WB<br><br>Chapter 11 Case<br><br>[Voluntary Petition Filed: October 5, 2020]<br><br>**REPORT ON CHAPTER 11 STATUS CONFERENCE AND NOTICE OF DATE FOR NEXT STATUS CONFERENCE**<br><br>Status Conference:<br>Date:  September 2, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1375<br>          255 East Temple Street<br>          Los Angeles, California 90012-3300<br><br>Next Status Conference:<br>Date:  November 4, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1375<br>          255 East Temple Street<br>          Los Angeles, California 90012-3300<br><br>Honorable Julia W. Brand |

At 10:00 A.M. on Thursday, September 2, 2021, the Honorable Julia W. Brand, United States Bankruptcy Judge, held a Status Conference on the Chapter 11 Bankruptcy Case of AVIC International USA, Inc. ("AVIC" or the "Debtor"). John A. Moe, II, of Dentons US LLP, appeared on behalf of the Debtor. Robbin L. Itkin of Sklar Kirsch, LLP, appeared on behalf of

1

118878889\V-1

creditors Soaring Wind Energy, LLC, and Tang Energy Group, Ltd.  Dare Law appeared on behalf of the Office of the United States Trustee.

The Court acknowledged receipt of the *Sixth Chapter 11 Status Conference Report* (Docket No. 80), filed on September 1, 2021.  Judge Brand indicated she had read the Sixth Status Conference Report, understood negotiations were continuing on a possible settlement between the Debtor and the Judgment Creditors and, suggested that the Status Conference should be continued to November 4, 2021.  Counsel did not disagree with Judge Brand's suggestion.

The Court scheduled the next Status Conference for 10:00 a.m. on Thursday, November 4, 2021 in the United States Bankruptcy Court, Roybal Federal Building, Courtroom 1375, 255 East Temple Street, Los Angeles, California  90012-3300.

Dated: September 3, 2021

DENTONS US LLP
John A. Moe, II

By: /s/*John A. Moe, II*
John A. Moe, II

Attorneys for Debtor and Debtor-In-Possession, AVIC International USA Inc.

118878889\V-1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5709.

A true and correct copy of the foregoing document, entitled (*specify*): **Report On Chapter 11 Status Conference And Notice Of Date For Next Status Conference**, will be or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below.

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) September 3, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Clifford P. Jung #181117<br>Jung & Yuen LLP<br>2667 East Colorado Boulevard, 2nd Floor<br>Pasadena, CA 91107 | Counsel for Industrial & Commercial Bank of China (ICBC)<br>T: 213 689 8880 / F: 213 689 8887<br>E: clifford@jyllp.com |
| Robbin L. Itkin #117105<br>Sklar Kirsh, LLP<br>1880 Century Park East, Suite 300<br>Los Angeles, CA 90067 | Counsel for Soaring Wind Energy LLC & Tang Energy Group, Ltd.<br>T: 310 845 6416 / F: 310 929 4469<br>E: ritkin@sklarkirsh.com |
| Dare Law #155714<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Counsel for United States Trustee (LA)<br>T: 213 894 4925 / F: 213 894 2603<br>E: dare.law@usdoj.gov; ustpregion16.la.ecf@usdoj.gov |

**2.** **SERVED BY UNITED STATES MAIL:** On (*date*) September 3, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012-3308 | T: 800 827 1040 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | T: 800 973 0424 |
| Franchise Tax Board<br>300 South Spring Street, Suite 5704<br>Los Angeles, CA 90013-1265 | T: 800 852 5711 |
| Professor Merritt B. Fox<br>845 Jerome L. Green Hall<br>Columbia School of Law<br>435 West 116th Street<br>New York, NY 10027-7297 | T: 212 854 9766<br>E: mfox1@law.columbia.edu |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:20-bk-19043-WB

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**
1
118292167\V-1

| | |
|---|---|
| Connolly Gallagher LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801-1165 | T: 302 757 7300 |
| Oscar Estrada<br>L.A. County Treasurer & Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 | T: 213 974 7803<br>E: bankruptcy@ttc.lacounty.gov |
| Benedict Chen<br>Chan & Chen LLP<br>1103 South San Gabriel Boulevard, Suite F<br>San Gabriel, CA 91776-3153 | T: 626 572 8930 / F: 626 286 3470<br>E: benc@kcwus.com |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 3, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than the next business day after the document is filed.

| | |
|---|---|
| Honorable Julia W. Brand<br>U.S. Bankruptcy Court, Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 East Temple Street, Suite 1382 / Courtroom 1375<br>Los Angeles, CA 90012-3300<br><br>*Judge Brand has suspended compliance with LBR 5005-2(d) (Judge's copies) until further notice.* | ☐ To the Judge's Dropbox w/ NEF behind<br>☐ By Next Business Day [Trkg#_____]<br>☐ By Facsimile to _____<br>☐ Proposed Order via Lodged Order Upload page of the Court's ECF. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 3, 2021 | Glenda Spratt | /s/*Glenda Spratt* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Case No. 2:20-bk-19043-WB

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

2

118292167\V-1